IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EASEMENTS TO CONSTRUCT, ) <br> OPERATE, AND MAINTAIN A ) <br> NATURAL GAS PIPELINE OVER ) <br> TRACTS OF LAND IN GILES COUNTY, ) <br> CRAIG COUNTY, MONTGOMERY ) <br> COUNTY, ROANOKE COUNTY, ) <br> FRANKLIN COUNTY, AND ) <br> PITTSYLVANIA COUNTY, VIRGINIA, *et* ) <br> *al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 7:17-cv-00492 <br><br> By:  Elizabeth K. Dillon <br> United States District Judge |

**ORDER DIRECTING THE CLERK OF COURT TO OPEN NEW CIVIL CASES**

Plaintiff Mountain Valley Pipeline (MVP) is constructing an interstate natural gas pipeline.  MVP commenced this condemnation action under the Natural Gas Act, 15 U.S.C. § 717 et seq., to acquire permanent and temporary easements on numerous properties and included the claims regarding all the properties in one complaint.  For purposes of adjudicating, or otherwise resolving, the amount of just compensation owed to the landowners for each property, some, but not all, of those properties have been severed and opened as separate civil cases.

Attached, and incorporated by reference, is an exhibit listing the remaining properties that have not been severed and opened as separate civil cases.  It is ORDERED that, pursuant to Rule 21 of the Federal Rules of Civil Procedure, which permits the court to sever any claim against any party, that the claims regarding the properties listed on the attached exhibit are severed and the Clerk of Court is DIRECTED to open a separate civil case for each of the listed properties.

The Clerk of Court is FURTHER DIRECTED to docket this Order in the master case (Case No. 7:17-cv-00492) and in each new civil case. All future filings regarding the separate properties will be filed in the new civil cases.

    The Clerk is directed to transmit copies of this Order to all counsel of record.

    Entered: June 22, 2022.

                                            /s/ Elizabeth K. Dillon
                                            Elizabeth K. Dillon
                                            United States District Judge